[No. 15709–4–I.   Division One.   May 12, 1986.]

*In the Matter of* RYAN LAPOINTE.

COLLEEN LAPOINTE, *Appellant,* v. THE DEPARTMENT
OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 82–7–01126–4, Mary Wicks Brucker, J.,

entered October 24, 1984. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Williams, J.